IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PATRICIA S. ABBOTT,

    Plaintiff,

v.                                            Case No. 3:12CV202

WAFFLE HOUSE, INC.,
EAST COAST WAFFLES, INC.,
AND
R.C.G.T, INC.

    Defendants.

**Plaintiff's Motion To Compel Discovery And Overrule
<u>Defendant Waffle House Inc.'s Claim Of Work Product Privilege</u>**

Comes now the plaintiff, by counsel, and moves the Court to overrule Waffle House, Inc.'s claim of work product privilege as to statements and documents created before suit was filed and to compel discovery for the reasons set forth in the accompanying brief. A a good faith effort has been made between counsel to resolve the discovery matters at issue without success.

                                          PATRICIA S. ABBOTT,

                                          by      /s/

                                                 Counsel

S. Keith Barker, Esq.
Virginia State Bar No. 19513
Attorney for Patricia S. Abbott
S. Keith Barker, P.C.
4908 Dominion Boulevard, Suite K
Glen Allen, Virginia 23060
Telephone: 804-934-0550
Fax: 804-346-5338

keithbarker@richmondlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Stanley P. Wellman (VSB No. 27618)
>M. Scott Fisher, Jr. (VSB No. 78485)
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>(804) 747-5200
>(804) 747-6085 - facsimile
>swellman@hccw.com
>sfisher@hccw.com
>Counsel for Defendants

>\_\_\_\_/s/_____
>S. Keith Barker, Esq.
>Virginia State Bar No. 19513
>Attorney for Patricia S. Abbott
>S. Keith Barker, P.C.
>4908 Dominion Boulevard, Suite K
>Glen Allen, Virginia 23060
>Telephone:  804-934-0550
>Fax:  804-346-5338
>keithbarker@richmondlaw.net